**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOHNNY M. VICKERS,**

    **Plaintiff,**

**vs.**                                       **Case No. 4:09cv67-MP/WCS**

**MEL RENZ,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Before me is the *pro se* Plaintiff's brief, one page statement in which he requests leave to voluntarily dismiss this case. Doc. 41. Plaintiff did not provide a certificate of service on the document, but Defendant is aware of the request as Defendant has filed a notice indicating Defendant does not oppose Plaintiff's request for a voluntary dismissal.

Plaintiff's request, doc. 41, is construed as a motion for voluntary dismissal and Defendant does not object to dismissal. Rule 41(a)(1)(ii) provides that an action may be dismissed when all parties who have appeared stipulate to dismissal. Defendant's response, doc. 43, is deemed to be "a stipulation of dismissal . . . ." FED. R. CIV. P. 41(a)(1).

Accordingly, it is **RECOMMENDED** that the stipulation of dismissal, filed pursuant to Fed. R. Civ. P. 41(a)(ii), docs. 43 and 41, be **ACCEPTED** and the Clerk of Court be **DIRECTED** to administratively close this action.

**IN CHAMBERS** at Tallahassee, Florida, on August 19, 2010.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**