IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY M VICKERS,

    Plaintiff,

v.                                  CASE NO. 4:09-cv-00067-MP-WCS

MEL RENZ,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 44, Report and Recommendation. Upon consideration, the Magistrate Judge has recommended that Defendant's response to Plaintiff's motion for voluntary dismissal, Doc. 43, be considered a stipulation of dismissal. The Magistrate Judge therefore recommends that the Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(ii), Doc. 41, be granted. No party has filed an objection, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 44, is ADOPTED and incorporated herein.

    2.    The Motion for Voluntary Dismissal, Doc. 41, is GRANTED.

    3.    The Clerk is directed administratively to close this action.

    **DONE AND ORDERED** this  *21st* day of September, 2010



                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge